MATTHEW M. OLIVERI, ESQ. SBN 230486
MEGHAN E. OLIVERI, ESQ. SBN 236107
OLIVERI LAW, LLP
Danville & Mailing:  696 San Ramon Valley #342, Danville, CA 94526
Concord:  The Ivey House, 1849 Clayton Road, Concord, CA 94520
Telephone: (925) 553-3371; Facsimile: (925) 406-0773
Email: matt@oliverilaw.com; meghan@oliverilaw.com; www.oliverilaw.com

Attorneys for DEFENDANT,
SHAHNAZ PARVEEN IQBAL

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAHNAZ PARVEEN IQBAL; AHMED ALI NASSER; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 2:15-CV-00191-KJM-AC<br><br>ANSWER TO COMPLAINT OF SHAHNAZ PARVEEN IQBAL |

COMES NOW DEFENDANT SHAHNAZ PARVEEN IQBAL, by and through Oliveri Law LLP, and for the Answer to the Complaint and Demand for Jury Trial, respectfully submits the following to this Honorable Court:

## I. GENERAL AND SPECIFIC DENIALS

DEFENDANT generally denies each and every adverse allegation and causes of action alleged in the Complaint, and denies that the Plaintiff is entitled to recover any damages from DEFENDANT.  For the specific responses, DEFENDANT further responds as follows:

1.　DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.

2.　Admit.

3.　DEFENDANT cannot admit or deny these allegations because she does not

have sufficient information, knowledge or belief regarding the truth of these allegations.

4.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny the adverse allegations.

5.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny the adverse allegations.

6.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny the adverse allegations.

7.     Admit.

8.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny the adverse allegations.

9.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny.

10.    OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny.

11.    OBJECTION, LEGAL CONCLUSION, FOUNDATION, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows:  Deny.

12.    OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.  Deny as to this DEFENDANT.

13.    OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient

information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

14. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

15. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

16. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

17. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

18. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE. Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

19. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY,

OLIVERI LAW, LLP
696 San Ramon Valley #342, Danville, CA 94526
The Ivey House, 1849 Clayton Rd, Concord, CA 94520
TEL 925-553-3371; FAX 925-406-0773

1 RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:
2 DEFENDANT cannot admit or deny these allegations because she does not have sufficient
3 information, knowledge or belief regarding the truth of these allegations.  Deny as to this
4 DEFENDANT.
5       20.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY,
6 RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:
7 DEFENDANT cannot admit or deny these allegations because she does not have sufficient
8 information, knowledge or belief regarding the truth of these allegations.  Deny as to this
9 DEFENDANT.
10       21.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY,
11 RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:
12 DEFENDANT cannot admit or deny these allegations because she does not have sufficient
13 information, knowledge or belief regarding the truth of these allegations.  Deny as to this
14 DEFENDANT.
15       22.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY,
16 RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:
17 DEFENDANT cannot admit or deny these allegations because she does not have sufficient
18 information, knowledge or belief regarding the truth of these allegations.  Deny as to this
19 DEFENDANT.
20       23.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY,
21 RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:
22 DEFENDANT cannot admit or deny these allegations because she does not have sufficient
23 information, knowledge or belief regarding the truth of these allegations.  Deny as to this
24 DEFENDANT.
25       24.     OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY,
26 RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:
27 DEFENDANT cannot admit or deny these allegations because she does not have sufficient
28 information, knowledge or belief regarding the truth of these allegations.  Deny as to this

OLIVERI LAW, LLP
696 San Ramon Valley #342, Danville, CA 94526
The Ivey House, 1849 Clayton Rd, Concord, CA 94520
TEL 925-553-3371; FAX 925-406-0773

DEFENDANT.

25. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.  Deny as to this DEFENDANT.

26. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.  Deny as to this DEFENDANT.

27. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.  Deny as to this DEFENDANT.

28. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.  Deny as to this DEFENDANT.

29. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows: DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations.  Deny as to this DEFENDANT.

30. OBJECTION, LEGAL CONCLUSION, FOUNDATION, HEARSAY, RELEVANCE.  Without waiving any objections, DEFENDANT responds as follows:

DEFENDANT cannot admit or deny these allegations because she does not have sufficient information, knowledge or belief regarding the truth of these allegations. Deny as to this DEFENDANT.

Regarding Plaintiff's prayer for relief:

1. Deny.
2. Deny.
3. Deny.

WHEREFORE, DEFENDANT prays for the following:

A. Trial by Jury;
B. Judgment for DEFENDANT and Plaintiff take nothing;
C. Costs of suit, including actual Attorneys' Fees;
D. Pre-Judgment interest;
E. Any other relief the Court deems just, proper, legal and/or equitable.

Dated: June 24, 2015            By: OLIVERI LAW, LLP

                              /S/
                       Matthew M. Oliveri, Esq.
                       Attorneys for DEFENDANT

## AFFIRMATIVE DEFENSES

DEFENDANT asserts the following Affirmative Defenses:

1. <u>FAILURE TO STATE A CLAIM</u>: Plaintiff has failed to state a claim for which it can recover any damages.

2. <u>COMPARATIVE FAULT</u>: Plaintiff's claim should be reduced by his own comparative fault.

3. <u>LIABILITY OF THIRD PERSONS</u>: any liability that DEFENDANTS may owe to Plaintiff should be assigned to third persons not joined to the case yet.

4.  <u>LACHES</u>: Plaintiff's claims are barred by the Doctrine of Laches.

5.  <u>UNCLEAN HANDS</u>: Plaintiff's claims are barred by its own unclean hands.

6.  <u>STATUTE OF LIMITATIONS</u>: Plaintiff's claims are barred by the applicable statute of limitations.

7.  <u>NO VIOLATION OF STATUTES/COMPLIANCE OF GOVERNMENT STATUTES AND LAWS</u>: DEFENDANTS were not and are not in violation of any statutes at the time of the filing of the FAC.

8.  <u>ESTOPPEL</u>: Plaintiff's claims are barred by the Doctrine of Estoppel.

9.  <u>NO DAMAGES / DAMAGES UNCERTAIN</u>: Plaintiff's claims are uncertain and may not have any damages.

10. <u>RESERVATION OF FURTHER AFFIRMATIVE DEFENSES</u>: Defendant reserves the right to assert further Affirmative Defenses according to information uncovered during this case.

Dated: <u>June 24, 2015</u>          By: OLIVERI LAW, LLP

                                  /S/
                              Matthew M. Oliveri, Esq.
                              Attorneys for DEFENDANTS

OLIVERI LAW, LLP
696 San Ramon Valley #342, Danville, CA 94526
The Ivey House, 1849 Clayton Rd, Concord, CA 94520
TEL 925-553-3371; FAX 925-406-0773