1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT JOHNSON,                              No.  2:15-cv-00191-KJM-AC

12              Plaintiff,

13         v.                                     ORDER

14    SHAHNAZ PARVEEN IQBAL, et al.,

15              Defendants.

16

17              Plaintiff commenced this action under the Americans with Disabilities Act of

18    1990, 42 U.S.C. § 12101, *et seq.*, on January 25, 2015.  (ECF No. 1.)  On June 25, 2015, this

19    court issued a minute order directing the parties to meet and confer to discuss settlement of the

20    case.  (ECF No. 12.)  The court also directed the parties to "file a joint status report advising the

21    court whether they have reached settlement or exhausted their efforts to settle within sixty (60)

22    days."  (*Id.*)  "If the parties believe they have exhausted their efforts to settle, they shall provide a

23    report on the status of their settlement discussions, including the dates on which they have

24    exchanged offers and the date settlement discussions concluded."  (*Id.*)

25              Here, the parties have not complied with the court's order.  On August 21, 2015,

26    the parties filed a report stating: "The parties have been unable to reach a settlement in this case."

27    (ECF No. 13 at 1.)  The case "still remains unresolved."  (*Id.*)  The report says nothing about the

28    parties' efforts to exhaust settlement discussions, the dates on which the parties exchanged offers,

                                             1

1   and the date settlement discussions concluded.  Hence, the status report does not meet the criteria

2   set forth in this court's order.  Accordingly, the court STRIKES the parties' status report (ECF

3   No. 13) and DIRECTS the parties to file a new status report in compliance with the court's order

4   within seven (7) days of the date of this order.

5                IT IS SO ORDERED.

6   DATED:  August 27, 2015.

7

8   _____
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28