MATTHEW M. OLIVERI, ESQ. SBN 230486
MEGHAN E. OLIVERI, ESQ. SBN 236107
OLIVERI LAW, LLP
696 San Ramon Valley #342, Danville, CA 94526
Telephone: (925) 553-3371; Facsimile: (925) 406-0773
Email: matt@oliverilaw.com; meghan@oliverilaw.com; www.oliverilaw.com

Attorneys for DEFENDANT,
SHAHNAZ PARVEEN IQBAL

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case No. 2:15-CV-00191-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | RESPONSE AND OPPOSITION OF DEFENDANT SHAHNAZ PARVEEN IQBAL TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| SHAHNAZ PARVEEN IQBAL; AHMED ALI NASSER; and DOES 1-10 inclusive, | |
| Defendants. | |

COMES NOW DEFENDANT SHAHNAZ PARVEEN IQBAL ("Defendant"), by and through Oliveri Law LLP, and for her Response and Opposition to Plaintiff's Motion for Attorneys' Fees and Costs, respectfully submits the following to this Honorable Court:

1. At the onset, Defendant's Attorneys object to Plaintiff disclosing to the Court much of the settlement communications that occurred in this case. Those settlement communications are inadmissible evidence and should be disregarded by the Court. Arguendo, the scant emails between the Attorneys show how little occurred in this case.

2. Defendant is also agreeable to the Court issuing a ruling for this motion on the Parties' pleadings and documents contained in this motion. This is not a complex motion or case, and Defendant does not believe oral argument is necessary unless the Court deems it necessary.

3. Plaintiff's Attorneys admit that not much litigation occurred in this case. See *Plaintiff's MPA, page 10, line 13*. Nothing was really disputed except this pending motion

1 by Plaintiff for Attorneys' Fees and Costs.

2     4.    Defendants' Attorneys have barely 5 hours into this case and it settled fairly easily. Plaintiff received the statutory penalty amount of $4,000. The alleged number of times that Plaintiff actually visited Defendant's store was not litigated but was disputed.

    5.    The Parties reserved the Court's jurisdiction to award Attorneys' Fees and Costs, and Defendant is not arguing that an award is not proper in this case. Plaintiff should receive a modest award of Attorneys' Fees and Costs. Defendant's Opposition is to the amount of Fees and Costs that Plaintiff seeks.

    6.    Defendant opposes the following fees and costs contained in Plaintiff's Attorneys' billing statements:

    a. On 6-26-15, reviewed file and drafted Discovery for 1.5 hours: the Court stayed the proceedings so the Parties could mediate and explore settlement possibilities; propounding Discovery was not necessary. This should not be awarded to Plaintiff;

    b. 4-22-15 and 6-17-15, review case file and conducted Rule 26 conference and conference with Defense counsel: these entries appear duplicative, only one should be allowed;

    c. 4-27-15 and 5-6-15, reviewed case file and left message for defense counsel: these entries appear duplicative. Plaintiff's Attorney was billing to "review file" on numerous occasions when nothing was occurring in this case. These should not be allowed;

    d. 7-17, 7-21, 7-23 and 7-30-15, activities around reviewing the file, and meeting and conferring: these entries appear duplicative. Only the 7-23-15 entry should be allowed.

    e. 8-19, 8-21, 8-31, 9-2-15, reviewed file and settlement report: these entries appear duplicative. Only one should be allowed. The actual settlement agreement was drafted on 11-12-15.

    f. On 2-11-16: 2 hours for $700 to "review billing." This should not be a

         charge to either party;

    g. EST: 8 hours for this motion, this appears excessive.  Much of the MPA and the Declaration of Mark Potter appear duplicative.  The exhibits are not voluminous or lengthy.  3 hours is more appropriate for a short motion in a case with not much litigation.

WHEREFORE, DEFENDANT respectfully prays for the following relief:

A modest award of Attorneys' Fees and Costs to Plaintiff, based on the scant litigation that actually occurred in this case.

Dated: <u>March 11, 2016</u>        By: OLIVERI LAW, LLP

                               /S/
                        Matthew M. Oliveri, Esq.
                        Attorneys for DEFENDANT

OLIVERI LAW, LLP
696 San Ramon Valley #342, Danville, CA 94526
TEL 925-553-3371; FAX 925-406-0773